```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00952-RNO
Kenneth Perrins                                                 Chapter 13
Amy Louise Perrins
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: May 28, 2020
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
5304094       +C/O CENLAR FSB,   425 PHILIPS BLVD,   EWING, NJ, 08618,   C/O CENLAR FSB,   425 PHILIPS BLVD,
                EWING, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2020-PM3 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PNC Bank N.A. pamb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    CITIMORTGAGE INC. C/O CENLAR FSB pamb@fedphe.com
              Scott D Fink    on behalf of Creditor    Citizens Bank, N.A. bronationalecf@weltman.com,
               PitEcf@weltman.com
              Tullio  DeLuca    on behalf of Debtor 2 Amy Louise Perrins tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Kenneth  Perrins tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-00952-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth Perrins
1001 Spring St.
Moosic PA 18507

Amy Louise Perrins
1001 Spring St.
Moosic PA 18507

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/27/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ, 08618, C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ, 08618

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
U.S. Bank Trust National Association, as
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/30/20

Terrence S. Miller
**CLERK OF THE COURT**