# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-00952 |
| **Kenneth Perrins** | : **Chapter 13** |
| **Amy Louise Perrins AKA Amy L.** | : **Judge Robert N. Opel II** |
| **Perrins, AKA Amy Perrins** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, N.A.** | : **Related Document #** |
| Movant, | : |
| vs | : |
| | : |
| **Kenneth Perrins** | : |
| **Amy Louise Perrins AKA Amy L.** | : |
| **Perrins, AKA Amy Perrins** | : |
| | : |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                    Respectfully submitted,

                                                    /s/ Sarah E. Barngrover
                                                    Karina Velter, Esquire (94781)
                                                    Adam B. Hall (323867)
                                                    Sarah E. Barngrover (323972)
                                                    Manley Deas Kochalski LLC
                                                    P.O. Box 165028
                                                    Columbus, OH  43216-5028
                                                    Telephone: 614-220-5611
                                                    Fax: 614-627-8181
                                                    Attorneys for Creditor
                                                    The case attorney for this file is Karina Velter.
                                                    Contact email is kvelter@manleydeas.com

20-020927_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 18-00952 |
| **Kenneth Perrins** | **Chapter 13** |
| **Amy Louise Perrins AKA Amy L.** | **Judge Robert N. Opel II** |
| **Perrins, AKA Amy Perrins** | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **PNC Bank, N.A.** | **Related Document #** |
| Movant, | |
| vs | |
| **Kenneth Perrins** | |
| **Amy Louise Perrins AKA Amy L.** | |
| **Perrins, AKA Amy Perrins** | |
| **Charles J DeHart, III** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Tullio DeLuca, Attorney for Kenneth Perrins and Amy Louise Perrins AKA Amy L. Perrins, AKA Amy Perrins, tullio.deluca@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kenneth Perrins and Amy Louise Perrins AKA Amy L. Perrins, AKA Amy Perrins, 1001 Spring St., Moosic, PA 18507

20-020927_PS

Kenneth Perrins and Amy Louise Perrins AKA Amy L. Perrins, AKA Amy Perrins, 1001 Spring St, Moosic, PA 18507-1217

/s/ Sarah E. Barngrover

20-020927_PS