United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00952-HWV |
| Kenneth Perrins | Chapter 13 |
| Amy Louise Perrins | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: ntfp | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5062249 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 19:09:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PNC Bank N.A. pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Sarah Elisabeth Barngrover | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |

Scott D Fink
: on behalf of Creditor Citizens Bank N.A. bronationalecf@weltman.com, PitEcf@weltman.com

Tullio DeLuca
: on behalf of Debtor 2 Amy Louise Perrins tullio.deluca@verizon.net

Tullio DeLuca
: on behalf of Debtor 1 Kenneth Perrins tullio.deluca@verizon.net

United States Trustee
: ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

ntfp(09/19)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kenneth Perrins

Amy Louise Perrins
aka Amy L. Perrins, aka Amy Perrins

**Debtor(s)**

Chapter 13

Case number 5:18−bk−00952−HWV

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#(doc) Notice of Mortgage Payment Change Rule 3002−1 (Claim 14) Notice of Mortgage Payment Change**. **The image attached to this entry contains debtor information that is inconsistent with this case**. Failure to refile or amend your document may result in a delay in processing this matter.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: May 27, 2021