

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

06/03/2021

US BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

197S MAIN STREET ROOM 274
WILKES BARRE PA 18701

Debtor Kenneth Perrins and Amy L Perrins
Case Number 18-00952

Dear Bankruptcy Court:

Kenneth Perrins and Amy L P is the mortgagor on PNC Mortgage loan xxxxxx 3465

Please withdraw the Notice of Mortgage Payment Change that was filed on 05/27/2021 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Vicki Pringle
_____
Bankruptcy Specialist

Case 5:18-bk-00952-HWV    Doc 62    Filed 06/03/21    Entered 06/03/21 08:51:27    Desc
Main Document    Page 1 of 1