

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

**Customer Service Contact Information:**
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

11/29/2022

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

197 South Main Street
Wilkes-Barre, PA - 18701

Debtor Kenneth Perrins
Case Number 18-00952

Dear Bankruptcy Court:

Kenneth Perrins is the mortgagor on PNC Mortgage loan xxxxxx 3465

Please withdraw the Notice of Mortgage Payment Change that was filed on 11/29/2022 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Jodi Porter
_____
Bankruptcy Specialist