United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 18-00952-MJC
Kenneth Perrins            Chapter 13
Amy Louise Perrins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 3
Date Rcvd: Apr 21, 2023          Form ID: 3180W          Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Perrins, Amy Louise Perrins, 1001 Spring St., Moosic, PA 18507-1217 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5032685 | + | Citzens One Auto Finance, ROP185P, P.O. Box 7000, Providence, RI 02940-7000 |
| 5032690 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 21 2023 22:32:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2023 18:33:00 | PNC Bank N.A., 6750 Miller Road, Brecksville, OH 44141 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 21 2023 18:34:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5032681 | + | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | AT&T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5040462 | | EDI: GMACFS.COM | Apr 21 2023 22:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5423738 | + | EDI: AISACG.COM | Apr 21 2023 22:32:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5032679 | + | EDI: GMACFS.COM | Apr 21 2023 22:32:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5304093 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 21 2023 18:33:00 | C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618-1430 |
| 5304094 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 21 2023 18:33:00 | C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ, 08618, C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618-1430 |
| 5032684 | | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | CITIMORTGAGE , INC, PO BOX 689196, DES MOINES, IA 50368-9196 |
| 5036060 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2023 18:33:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 5032682 | + | EDI: CAPITALONE.COM | Apr 21 2023 22:32:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5061690 | | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 5032683 | | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | CitiMortgage, Inc., Attn: Bankruptcy Dept., P.O. |

| | | | | |
|---|---|---|---|---|
| | | | | Box 6030, Sioux Falls, SD 57117-6030 |
| 5050083 | + | EDI: CITICORP.COM | Apr 21 2023 22:32:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5032686 | | EDI: WFNNB.COM | Apr 21 2023 22:32:00 | Comenity Bank/Victoria's Secret, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5032687 | | EDI: DISCOVER.COM | Apr 21 2023 22:32:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5032688 | | EDI: DISCOVER.COM | Apr 21 2023 22:32:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5034828 | | EDI: DISCOVER.COM | Apr 21 2023 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5034784 | + | EDI: DISCOVERPL | Apr 21 2023 22:32:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5058481 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2023 18:33:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5032691 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2023 18:33:00 | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-02-R, 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 5032692 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2023 18:33:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230 |
| 5062249 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2023 18:33:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5033157 | + | EDI: RECOVERYCORP.COM | Apr 21 2023 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5057900 | | EDI: Q3G.COM | Apr 21 2023 22:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5032693 | | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5032694 | | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5032695 | | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5032696 | | EDI: RMSC.COM | Apr 21 2023 22:32:00 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5057915 | + | EDI: CBSTDR | Apr 21 2023 22:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5330548 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 21 2023 18:34:00 | | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5330549 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 21 2023 18:34:00 | | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as, Serviced by Select Portfolio Servicing, |
| 5032697 | | EDI: WFFC2 | Apr 21 2023 22:32:00 | Wells Fargo Financial, One Home Campus, Des Moines, IA 50328-0001 |
| 5032698 | | Email/Text: pitbk@weltman.com | Apr 21 2023 18:33:00 | Weltman, Weinberg & Reis Co. LPA, 436 Seventh Ave., Ste. 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5032680 | *+ | Amy Louise Perrins, 1001 Spring St., Moosic, PA 18507-1217 |
| 5032689 | *+ | Kenneth Perrins, 1001 Spring St., Moosic, PA 18507-1217 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PNC Bank N.A. pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Scott D Fink | on behalf of Creditor Citizens Bank  N.A. bronationalecf@weltman.com, PitEcf@weltman.com |
| Tullio DeLuca | on behalf of Debtor 2 Amy Louise Perrins tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Kenneth Perrins tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenneth Perrins<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–7572<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Amy Louise Perrins<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–7745<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-00952-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Perrins

Amy Louise Perrins
aka Amy L. Perrins, aka Amy Perrins

**By the court:**

4/21/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　　page 2