United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                   Case No. 18-00952-MJC
Kenneth Perrins                            Chapter 13
Amy Louise Perrins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                     Page 1 of 2
Date Rcvd: Jul 11, 2023              Form ID: fnldec                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Perrins, Amy Louise Perrins, 1001 Spring St., Moosic, PA 18507-1217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PNC Bank N.A. pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Scott D Fink | |

| | |
|---|---|
| | on behalf of Creditor Citizens Bank N.A. bronationalecf@weltman.com, PitEcf@weltman.com |
| Tullio DeLuca | |
| | on behalf of Debtor 1 Kenneth Perrins tullio.deluca@verizon.net |
| Tullio DeLuca | |
| | on behalf of Debtor 2 Amy Louise Perrins tullio.deluca@verizon.net |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kenneth Perrins, | Chapter | 13 |
| **Debtor 1** | | |
| Amy Louise Perrins,<br>aka Amy L. Perrins, aka Amy Perrins, | Case No. | 5:18−bk−00952−MJC |
| **Debtor 2** | | |

Social Security No.:
      xxx−xx−7572      xxx−xx−7745

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 11, 2023

**fnldec** (01/22)